| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA Bar #122664 |
| | Federal Defender |
| 2 | LAURA MYERS, IL Bar #6338417 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA  93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |

Attorneys for Defendant
MUSHEH MURADIAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  5:25-po-00192-CDB |
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE AND SET MOTION SCHEDULE; [PROPOSED] ORDER** |
| vs. | |
| MUSHEH MURADIAN, | Date:   December 2, 2025 |
| Defendant. | Time:   10:00 a.m. |
| | Judge: Hon. Christopher D. Baker |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, Assistant United States Attorney Luke Baty, counsel for plaintiff, and Assistant Federal Defender Laura Myers, counsel for Musheh Muradian, that the status conference scheduled for September 2, 2025, may be continued to December 2, 2025, at 10:00 a.m.  It is further stipulated that a motion schedule may be set as detailed below.

Mr. Muradian made his initial appearance on July 1, 2025, with the assistance of a Russian-language interpreter, and undersigned counsel was appointed.  After reviewing the case with Mr. Muradian, defense counsel anticipates filing a motion to dismiss and has informed the government of that intention.   A continuance to allow for briefing of the motion is in the interest of justice and reflects the best use of the court's resources.

The parties' proposed briefing schedule is as follows:

Motion:    September 23, 2025

|   |   |   |
|---|---|---|
| 1 | Opposition: | October 21, 2025 |
| 2 | Reply: | November 18, 2025 |
| 3 | Hearing: | December 2, 2025 at 10:00 a.m. |

Respectfully submitted,

Date: August 27, 2025

ERIC GRANT
United States Attorney

*/s/ Luke Baty*
LUKE BATY
Assistant United States Attorney
Attorney for Plaintiff

Date: August 27, 2025

HEATHER E. WILLIAMS
Federal Defender

*/s/ Laura Myers*
LAURA MYERS
Assistant Federal Defender
Attorney for Defendant
MUSHEH MURADIAN

**O R D E R**

For good cause shown, the status conference scheduled for September 2, 2025, is continued to December 2, 2025, at 10:00am. Defendant's motion is due September 23, 2025; the government's opposition is due October 21, 2025; and Defendant's reply is due September November 18, 2025.

IT IS SO ORDERED.

Dated: **August 29, 2025**

_____
UNITED STATES MAGISTRATE JUDGE